**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| JACOB WHEELER, | ) |
|       Plaintiff, | ) Case No. 2:21-cv-10307-BAF-APP |
| v. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL** |
| MTS SYSTEMS CORPORATION, DAVID J. ANDERSON, RANDY J. MARTINEZ, NANCY ALTOBELLO, DAVID D. JOHNSON, MICHAEL V. SCHROCK, CHUN HUNG YU, and LINDA ZUKAUCKAS, | ) |
|       Defendants. | ) |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Jacob Wheeler ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: July 27, 2021

**OF COUNSEL:**

**LONG LAW, LLC**
Brian D. Long
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Tel.: (302) 729-9100
bdlong@longlawde.com

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Tel.: (484) 324-6800
rmaniskas@rmclasslaw.com

**WEISSLAW LLP**

By /s/ Richard A. Acocelli
Richard A. Acocelli
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: racocelli@weisslawllp.com

*Attorneys for Plaintiff*