UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jacob Wheeler,

                Plaintiff,

v.

MTS Systems Corporation,
et al.,

                Defendants.

_____/

Case Number 21-cv-10307
Honorable Bernard A. Friedman

**ORDER OF VOLUNTARY DISMISSAL**

On July 27, 2021, Plaintiff filed a notice of voluntary dismissal of its claims against the defendants [ECF No. 4]. The defendants has not answered or otherwise responded to the complaint. The Court therefore will dismiss the case.

Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, it is **ORDERED** that the case is **DISMISSED** *without prejudice*.

Dated: July 28, 2021
Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge